

FILED

JUL 2 03

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                    DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

EDWARD KEMPER and ACCESS NOW INC.,

        Plaintiffs,

   v.

WILLIAM CHENG,

        Defendant.

NO.  CIV-S-03-0043 WBS PAN

ORDER

----oo0oo----

        Defendant William Cheng is proceeding pro se in this matter.  Therefore, in accordance with Local Rule 72-302(c)(21), this case is hereby referred to the assigned magistrate judge, Peter A. Nowinski, for all further proceedings consistent with the provisions of the rule.  Accordingly, all currently scheduled dates in the above-captioned matter are VACATED.

        IT IS SO ORDERED.

DATED: July 1, 2003

                                  */s/ William B. Shubb*
                               WILLIAM B. SHUBB
                               UNITED STATES DISTRICT JUDGE

```
                    United States District Court
                              for the
                    Eastern District of California
                            July 3, 2003
```

* * CERTIFICATE OF SERVICE * *

2:03-cv-00043

Kemper

   v.

Cheng

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on July 3, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Keith Daniel Cable                              SH/WBS
    Law Offices of Keith D Cable Esq
    2377 Gold Meadow Way                            TM/PAN
    Suite 100
    Gold River, CA   95670

    William Cheng
    623 16th Street
    Sacramento, CA   95814
```

** PARTIES ARE ADVISED TO USE NEW CASE NUMBER: CIV. S-03-0043 WBS PAN -PS **

Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk